UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL DOSS,<br><br>           Plaintiff,<br><br>    v.<br><br>TACOMA SCHOOL DISTRICT, et al.,<br><br>           Defendants. | No. C05-5111RBL<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COUNSEL |

    This matter is before the court on Plaintiff's Motion for the Appointment of Counsel under 42 U.S.C. §2000e - 5(f)(1). [Dkt. #4] Plaintiff claims he was wrongfully terminated by the Defendant School District because of his race and gender, and for engaging in protected activity under Title VII of the Civil Rights Act.

    In deciding whether to appoint counsel in a Title VII case, the court assesses the applicant's financial resources, efforts the applicant has already made to secure counsel, and whether the claim has merit. *Bradshaw v. Zoological Society of San Diego*, 662 F.2d 1301 (9th Cir. 1981). At this point, plaintiff has not shown that the claim has merit. Significantly, the EEOC has determined that it is unable to conclude that the information obtained violates the statutes. [*See* attachment to Plaintiff's Complaint, Dkt. #3] Plaintiff states that he has attempted to contact an attorney, but has not been specific about what efforts he made to retain an attorney. Finally, Plaintiff has not demonstrated that he does not have the

ORDER - 1

1  resources to pay for an attorney. He has claimed only that he is not currently employed, but has failed to
2  answer various other inquiries about assets and other sources of income. The application for appointment
3  of counsel [Dkt. #4] is therefore DENIED.

    DATED this 7th day of June, 2005.

    _____
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE